***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted June 28, affirmed July 19, 2023, *State v. P. B. S.*, 324 Or App 706, 527 P3d 815 (2023)

In the Matter of E. A. M.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

E. A. M.,
*Appellant.*

Clackamas County Circuit Court
22CC03015; A178815

Thomas J. Rastetter, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Egan, Presiding Judge, and Lagesen, Chief Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. P. B. S.*, 324 Or App 706, 527 P3d 815 (2023).